# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0751

VERSUS

KELLY COCKERHAM                                       **OCTOBER 12, 2022**

---

In Re:    Kelly Cockerham, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 111,967.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **EW**

   **Guidry, J.** dissents.  I would grant the writ application
and remand the matter to the district court to conduct an
evidentiary hearing on relator's claim that trial counsel
rendered ineffective assistance of counsel at sentencing.  See
**State v. Robinson,** 2019-01330 (La. 11/24/20), 304 So.3d 846 (per
curiam).

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT